UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
99 DEC 10 PM 4:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| DISTRIBUTED COMPUTING TECHNOLOGIES, INC., | ) | |
| PLAINTIFF, | ) | |
| v. | ) | CASE NUMBER CV-99-J-3289-S |
| ADAM L. BEBERG and MITHRAL COMMUNICATIONS & DESIGN, INC., | ) | |
| DEFENDANTS. | ) | |

ENTERED
DEC 10 1999

## TEMPORARY RESTRAINING ORDER

The Court has considered Plaintiff's Motion for a Temporary Restraining Order and the Verified Complaint filed in this action.

This is an action for trademark infringement under 15 U.S.C. §1125(a) and for ancillary claims of unfair competition. This Court has jurisdiction under the provisions of 15 U.S.C. §1121 and 28 U.S.C. 1338(a) and (b) and under general principles of ancillary jurisdiction. A substantial part of the events giving rise to this action have been located in the Northern District of Alabama and a substantial part of the property that is the subject of this action is situated in the Northern District of Alabama. Venue is proper in this District under 28 U.S.C. 1391(b) and 1391(c).

It appears that Defendant, Adam L. Beberg, a former director and president of Plaintiff, an Alabama corporation, has threatened to disclose confidential information of Plaintiff if Plaintiff filed this lawsuit, and that such disclosure would be improper and likely to cause irreparable harm to Distributed, and that the granting of this restraining order would not cause any irreparable harm to Defendants.

**THEREFORE**, Adam L. Beberg and Mithral Communications & Design, Inc., its agents, officers, employees, and all parties in active concert therewith who have actual notice of this ORDER are hereby enjoined from disclosing to others or identifying to the public or others any computer programs or code used by Distributed or disclosing to the public or others any security information about Distributed's business, and from otherwise disclosing to the public or others any confidential information used by Distributed, or from encouraging others to do so.

Ordered this 10th day of December, 1999, at 4:00 p.m., effective upon filing of a cash bond of $1,000.00, to expire at 11:00 p.m., December 20, 1999.

UNITED STATES DISTRICT JUDGE